# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA  *SEALED*  V.  DARNELL ANTHONY JACKSON | DOCKET NO: 06-227-06 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED  Lawrence Bryant | FILED  AUG 0 2 2006  NANCY MAYER WHITTINGTON, CLERK  U.S. DISTRICT COURT |
| DOB:        PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:  JUDGE URBINA | SIGNATURE (JUDGE/MAGISTRATE JUDGE):  U.S. DISTRICT COURT JUDGE URBINA | DATE ISSUED:  7/27/06 |
| CLERK OF COURT:  Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE:  7/27/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  7-27-06 | NAME AND TITLE OF ARRESTING OFFICER  SEAN McLEOD  SDUSM | SIGNATURE OF ARRESTING OFFICER  [signature] Sean McLeod |
|---|---|---|
| DATE EXECUTED  8-2-06 | | |
| HIDTA CASE:   Yes ___  No X | | OCDETF CASE:   Yes ___  No X |