UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Crim. No. 06-227-06 (RBW) |
| | ) |
| | ) |
| LAWRENCE BRYANT | ) |

NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for defendant Lawrence Bryant, *nunc pro tunc* to August 2, 2006, pursuant to the Court's appointment under the Criminal Justice Act (CJA).

Respectfully submitted,

/s/

Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
Counsel for Lawrence Bryant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice is being served electronically upon government counsel and defense counsel of record this ___15th___ day of August, 2006.

/s/
Howard B. Katzoff