UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| v. | ) Crim. No. 06 - 227 - 06 (RBW) |
| | ) |
| | ) |
| **LAWRENCE BRYANT** | ) |

**NOTICE OF FILING IN SUPPORT DEFENDANT'S BOND MOTION**

COMES NOW the Defendant, by and through undersigned counsel, and respectfully notes that he is submitting the following character letters in support of the his previously filed bond motion, and has served a copy of the letters upon the government by facsimile and first class mail:

1. Sabrina Miles
2. Jermaine Fields
3. Rev. Kevin J. Fleming
4. Rose M. Blichard
5. Brenda B. Mackey
6. Johnny Matthews
7. Crystal L. Scott
8. Theodore Moton III
9. Jeffrey Nixon & Family
10. Michael A Jones
11. Jacquetta Clark
12. Jewel Bell-Smith
13. Robin M. Chaplin

The government has consented to the filing of the letters in this manner.

Respectfully submitted,

  /s/  
Howard B. Katzoff (Bar# 348292)
717  D Street, N.W.,  Suite 310
Washington, D.C. 20004
(202) 783-6414
Counsel for Lawrence Bryant

- 2 -

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Filing is being electronically served on Elisa Poteat, Esq. and Emory Cole, Esq., Assistant United States Attorneys for the District of Columbia, 555 Fourth Street, N.W., 5th Floor, Washington, D.C. 20530 this __21st__ day of __August__, 2006

                                                /s/
                                        Howard B. Katzoff