UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-308 (HHK) |
| | : | |
| DAMON RASHAWN DIXON | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| UNITED STATES AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-227 (RBW) |
| | : | |
| DARNELL JACKSON, ET AL., | : | |
| | : | |

**MOTION TO TRANSFER CASE**

Now comes Attorney General Alberto Gonzalez, by and through Special Attorneys General, Paul Camilletti and Thomas O. Mucklow, who, pursuant to Local Criminal Rule 57.12(c)(2), move to transfer the case of *United States v. Damon Dixon*, Criminal number 06-308, to the calendar of the Honorable Reggie B. Walton, who presently has the older related case as defined in Local Criminal Rule 57.12(a)1)(iii), that is *United States v. Darnell Jackson*, Criminal number 06-227. In support of its motion, the United States submits the following:

1. The criminal actions are related to one another within the meaning of LCrR 57.12(a)(1)(iii), i.e. arising from a common criminal activity, to a criminal action presently before the Court. The cases both involve the same drug conspiracy. Both cases involve the same long-term

>   FBI investigation, the same FBI agents, the same cooperating witnesses, the same source of supply and the same core conspirators.

2. The case of *United States v. Darnell Jackson, et al.*, Criminal No. 06-227, is presently assigned to the Honorable Reggie B. Walton, as well as a series of criminal actions assigned different criminal action numbers. These additional criminal actions do not involve any new defendants. Instead they merely reflect new case numbers that were assigned to sealed matters involving the exact same defendants. This was done so that the parties could comply with the new clerk's policy of giving sealed plea matters a new and separate case number.

3. The case against Defendant Dixon was circumscribed out of *United States v. Darnell Jackson*, *et. al,* for no other reason than to avoid an actual conflict of interest between Defendant Dixon and the United States Attorney's Office for the District of Columbia.

4. As a result of this potential conflict, the Attorney General of the United States assigned the undersigned Assistant United States Attorneys for the Northern District of West Virginia to represent the Department of Justice as Special Attorneys to the Attorney General.

5. Therefore, Criminal case 06-227 is the earlier indictment than the instant case in as much as it was indicted on an earlier date and bears the older case number.

Wherefore, the United States moves the Court, pursuant to LCrR 57.12(c)(2), to transfer Criminal Action numbered 06-308 to the Calendar Committee for reassignment to Judge Walton's docket.

                                        RESPECTFULLY SUBMITTED,

                                        PAUL T. CAMILLETTI
                                        THOMAS O. MUCKLOW
                                        SPECIAL ATTORNEYS TO THE UNITED STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
       Paul T. Camilletti
       Thomas O. Mucklow
       Assistant United States Attorneys
       217 West King Street
       Suite 400
       Martinsburg, WV 25401
       (304) 262-0590

<u>CERTIFICATE OF SERVICE</u>

I, Paul T. Camilletti, Special Attorney to the United States Attorney General for the District of Columbia hereby certify that on the <u>27th</u> day of November, 2006, the foregoing Motion to Transfer Case was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas Abbenante
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006

Rudolph Acree
1211 Connecticut Avenue, NW
Suite 303
Washington, DC 20036

Jensen Egerton Barber
LAW OFFICES OF J.E. BARBER PC
400 Seventh Street, NW
Suite 400
Washington, DC 20004-2237

Emory Vaughan Cole
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530

Howard Bernard Katzoff
LAW OFFICES OF HOWARD KATZOFF
601 Indiana Avenue, NW
Suite 500
Washington, DC 20004

Allen Howard Orenberg
THE ORENBERG LAW FIRM, PC
11200 Rockville Pike
Suite 300
North Bethesda, MD 20852
S. Elisabeth Poteat

U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 4444
Washington, DC 20530

James W. Rudasill, Jr.
717 D Street, NW
Suite 310
Washington, DC 20004

Mitchell Mark Seltzer
717 D Street, NW
Suite 310
Washington, DC 20004

Gary M. Sidell
1101 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036

Nathan I. Silver, II
LAW OFFICES OF NATHAN I. SILVER
P.O. Box 5757
Bethesda, MD 20824-5757

        RESPECTFULLY SUBMITTED,
        PAUL T. CAMILLETTI
        THOMAS O. MUCKLOW
        SPECIAL ATTORNEYS TO THE UNITED
        STATES ATTORNEY GENERAL

By:   /s/ Paul T. Camilletti
      Paul T. Camilletti
      Thomas O. Mucklow
      Assistant United States Attorneys
      217 West King Street
      Suite 400
      Martinsburg, WV 25401
      (304) 262-0590