UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 06-227-06 (RBW) |
| | ) |
| LAWRENCE BRYANT | ) |

**DEFENDANT BRYANT'S CONSENT MOTION TO SUSPEND MONITORING AND REPORTING CONDITIONS FROM DECEMBER 17TH UNTIL DECEMBER 24TH, 2006 AND TO PERMIT TRAVEL TO HARRISONBURG, VIRGINIA DURING THAT TIME AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the defendant, through undersigned counsel, and respectfully moves this Court to suspend the electronic monitoring, reporting, and travel restriction conditions for the week of December 17th through December 24th, and allow him to travel to the Harrisonburg, Virginia area during that time. In support of this motion defendant states as follows:

1. On or about August 1, 2006, Mr. Bryant surrendered himself to law enforcement authorities after learning that there was an outstanding warrant for his arrest in this case. On or about August 2, 2006, he was arraigned before Magistrate Judge Kay.

2. On August 4, 2005, a detention hearing was held for Mr. Bryant and several other defendants before Magistrate Judge Kay. Mr. Bryant and the others were ordered detained. On or about August 23, 2006, this Court considered defendant's Motion to Reconsider the Detention Order, and ordered Mr. Bryant's release on electronic home monitoring under the supervision of the Heightened Supervision Program of the Pretrial Services Agency (PSA). Mr. Bryant has maintained his employment and has been in compliance with all of his conditions since his release.

- 2 -

3. Mr. Bryant and his family have prepaid for a time share rental in the Harrisonburg, Virginia area, which they have to use the week of December 17th through 24th, 2006. The time share was purchased prior to his arrest in this case. He and his family had been planning to use the time share that week. Mr. Bryant asked Anthony Gales, his case manager with the Pretrial Services Agency (PSA), whether he would be permitted to travel to Harrisonburg, Virginia for that week. Mr. Gales advised him that he would have to get permission from the Court, and that the PSA would advise the Court that he is in compliance with his conditions. Mr. Bryant can not get his money back if he is unable to use the time share. Therefore, counsel is filing this motion so Mr. Bryant will know well in advance of December 17th whether he is able to use the time share, particularly so that his family can plan accordingly for the holidays.

4. Counsel has spoken with Mr. Gales, Mr. Bryant's case manager with the Pretrial Services Agency (PSA), who confirmed that Mr. Bryant has been in complete compliance with his release conditions. Mr. Gales also advised counsel that his office is able to suspend the electronic monitoring and reporting conditions of the Heightened Supervision Program as long as it is ordered by the Court. Mr. Gales indicated that he is willing and able to verify this information if so requested. His telephone number is (202) 550-5517.

5. Mr. Bryant has provided counsel with a copy of the notice reflecting that they are committed to the time share unit for the week of December 17th to 24th. Mr. Bryant will provide the PSA with a copy of that notice, as well as the contact information for the unit, including the street address and telephone number where he will be staying.

- 3 -

6. AUSA Elisa Poteat has authorized counsel to represent that the government consents to defendant's request to suspend the conditions for that week and permit travel to the Harrisonburg, Virginia area. Although counsel is not able to make representations about the PSA's position on this motion, counsel believes that the PSA has no objection to Mr. Bryant's request in light of his exemplary compliance with his conditions to date.

WHEREFORE, for all the reasons set forth above, the defendant respectfully requests that the Court suspend his electronic monitoring and reporting conditions for the week of December 17th through 24th, 2006, and permit him to travel to the Harrisonburg, Virginia area with his family during that time period.

Respectfully submitted,

/s/
Howard B. Katzoff (Bar No. 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
Counsel for Lawrence Bryant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served electronically upon Assistant United States Attorneys Elisa Poteat and Emory Cole, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530, and to all counsel of record, this ___27th___ day of November, 2006.

/s/
Howard B. Katzoff