## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 06-227-06 (RBW) |
| | ) |
| LAWRENCE BRYANT | ) |

### ORDER

_____The Court has considered the Defendant's Consent Motion to suspend the electronic monitoring, reporting, and travel restriction conditions for the week of December 17th through December 24th, 2006, and to allow him to travel to the Harrisonburg, Virginia area, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this _____ Day of _____, 2006,

ORDERED that Defendant's Motion is hereby GRANTED, and it is

FURTHER ORDERED that Defendant's electronic monitoring, reporting, and travel restriction conditions shall be suspended for the week of December 17th through December 24th, 2006, and that Defendant shall be allowed to travel to the Harrisonburg, Virginia area with his family for that week.

SO ORDERED.

_____
REGGIE B. WALTON
United States District Judge

- 2 -

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Elisa Poteat, Esq.
Emory Cole, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20004

Mr. Anthony Gales
Pretrial Services Agency - Heightened Supervision Program
633 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 220-5565 (Facsimile)
(202) 220-5517 (Office)