# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 06-227 (RBW)** |
| | : | |
| | : | **Judge Reggie B. Walton** |
| **LAWRENCE BRYANT,** | : | |
| **Defendants.** | : | |

## GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION FOR MODIFICATION OF DETENTION ORDER

***COMES NOW***, the United States of America, by and through its Attorney, the United States Attorney for the District of Columbia, respectfully responds to defendant's motion to have this Court modify the terms of his release to allow his to remove his electronic monitoring bracelet in order to take a trip the week from December 17, 2006.

The government opposes any modification of the terms of the defendant's release that would make it possible for him to avoid monitoring by the Pretrial Services Agency or their electronic monitoring vendor. The government does no oppose this Court affording the defendant the opportunity to travel with his family to the Shenandoah Valley for a week-long trip.

The government now knows more about the defendant's varied and long-term drug-selling practices that it did not know when it first sought detention. Having debriefed many cooperators in many cases, including cases other that the instant one, the government now realizes that Defendant Bryant has supplemented his income for more than ten years by selling an array of illicit drugs, often in the Barry Farms housing project. We are now in the Christmas season when many people feel pressure to provide gifts to their family members. This may provide Defendant Bryant with an added incentive to sell drugs.

While government's counsel is willing to agree to the travel he requests it seems imprudent to allow Defendant Bryant to be in locations where he cannot be monitored.

**WHEREFORE**, the United States respectfully prays this Honorable Court modify Defendant Bryant's terms of release to allow him to travel, but not to allow him to be unmonitored for a week.

Respectfully submitted,

_____

S. ELISA POTEAT
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 420604
U.S. Attorney's Office
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., Room 4120
Washington, DC 20530
(202) 514-7067   FAX:  (202) 514-8707
Elisabeth.S.Poteat@usdoj.gov

_____

EMORY V. COLE
ASSISTANT UNITED STATES ATTORNEY

2

## **CERTIFICATE OF SERVICE**

I certify that, on this 13th day of December, 2006, I have caused service of the foregoing to be made by mailing a copy, first-class postage attached, in addition to faxing or emailing to:

**Counsel for defendant Bryant:**
Howard Katzoff, Esq.
717 D Street, N.W.
Suite 310
Washington, D.C. 20004


_____
S. ELISA POTEAT
ASSISTANT UNITED STATES ATTORNEY