UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 06-227 (RBW)** |
| | : | |
| **LAWRENCE BRYANT,** | : | Judge Reggie B. Walton |
| | : | |
| **Defendants.** | : | |

# ORDER

This matter came before the Court on the defendant's motion for modification of his terms of his release is hereby DENIED in part, by the Court this _____ day of December, 2006.

_____
REGGIE B. WALTON,
UNITED STATES DISTRICT JUDGE

cc:

S. Elisa Poteat and Emory V. Cole
Assistant United States Attorneys
U.S. Attorney's Office
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., 4th floor
Washington, DC 20530
(202) 514-7067   FAX:  (202) 514-8707

**Counsel for defendant Bryant:**
Howard Katzoff, Esq.
717 D Street, N.W.
Suite 310
Washington, D.C. 20004