UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
v. ) Crim. No. 06-227-06 (RBW)
)
)
LAWRENCE BRYANT )

### ORDER

The Court has considered the Defendant's Consent Motion to suspend the electronic monitoring, reporting, and travel restriction conditions for the week of December 17th through December 24th, 2006, and to allow him to travel to the Harrisonburg, Virginia area, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this  15th  Day of  December , 2006,

ORDERED that Defendant's Motion is hereby GRANTED, and it is

FURTHER ORDERED that Defendant's electronic monitoring, reporting, and travel restriction conditions shall be suspended for the week of December 17th through December 24th, 2006, and that Defendant shall be allowed to travel to the Harrisonburg, Virginia area with his family for that week. All other conditions will remain the same, and it is

FURTHER ORDERED that Defendant shall call his PSA case manager from the location where he will be staying to verify that he is in Harrisonburg; and shall provide the address and telephone number of that location so he can be contacted if necessary.

SO ORDERED.

_____
REGGIE B. WALTON
United States District Judge

- 2 -

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Elisa Poteat, Esq.
Emory Cole, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20004

Mr. Anthony Gales
Pretrial Services Agency - Heightened Supervision Program
633 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 220-5565 (Facsimile)
(202) 220-5517 (Office)