UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 06-227-06 (RBW) |
| | ) Status: March 22, 2007 |
| LAWRENCE BRYANT | ) |

**DEFENDANT BRYANT'S MOTION TO SUSPEND MONITORING AND REPORTING CONDITIONS FROM MARCH 31ST UNTIL APRIL 9TH, 2007 AND TO PERMIT TRAVEL TO PENNSYLVANIA, MARYLAND, AND VIRGINIA DURING THAT TIME AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the defendant, through undersigned counsel, and respectfully moves this Court to suspend the electronic monitoring, reporting, and travel restriction conditions for the week of March 31st through April 9, 2007, and allow him to travel to Pennsylvania, Maryland, and Virginia to tour colleges with his daughter during that time. In support of this motion defendant states as follows:

1. On or about August 1, 2006, Mr. Bryant surrendered himself to law enforcement authorities after learning that there was an outstanding warrant for his arrest in this case. On or about August 2, 2006, he was arraigned before Magistrate Judge Kay.

2. On August 4, 2005, a detention hearing was held for Mr. Bryant and several other defendants before Magistrate Judge Kay. Mr. Bryant and the others were ordered detained. Thereafter, this Court granted defendant's Motion to Reconsider the Detention Order. On or about August 23, 2006, this Court ordered Mr. Bryant's release on electronic home monitoring under the supervision of the Heightened Supervision Program of the Pretrial Services Agency (PSA).

- 2 -

3. Since Mr. Bryant has been on electronic monitoring, he has maintained his employment and has been in full compliance with all reporting, drug testing, and curfew conditions. In addition, Mr. Bryant's conditions were suspended for a week in December, and during that time remained in compliance with his modified reporting conditions, and returned to electronic monitoring supervision the next week without incident.

4. Mr. Bryant's daughter, Laquita Bryant, is a senior in high school, and has applications for admission pending at a number of colleges and universities. Mr. Bryant and his family have been invited to tour some of the schools, and want to tour the others as well. They were hoping to be able to visit the schools while his daughter is out of school for Spring Break, which is March 31st through April 9th this year. Specifically, if the Court permits, they are planning to visit the following schools:

Arcadia University
450 S. Easton Road
Glenside, PA 19038

Elizabeth College
One Alpha Drive
Elizabethtown, PA 17022

McDaniel College
2 College Hill
Westminster, MD 21157

Frostburg State University
101 Braddock Road
Frostburg, MD 21532

Lynchburg College
1501 Lakeside Drive
Lynchburg, VA 24501

- 3 -

5. Mr. Bryant and his family do not know which days they will have to travel, in part because they decided to wait for approval from the Court before scheduling the tours. They are concerned that if they schedule a visit with any of the colleges and cancel, it could be a negative factor in the application process. Thus they decided to await the outcome of this motion before attempting to schedule the college visits for their daughter. Since PSA - HSP is unable to address this type of monitoring issue on a day by day basis, the privileges need to be suspended for that time period in order for Mr. Bryant to be able to visit the colleges during that week.

6. Mr. Bryant also does not know exactly where he would be staying for each of the college visits, but is prepared to provide the necessary information, itinerary, and contact information to his PSA-HSP case manager on or before March 30th. In addition, Mr. Bryant is willing to report by telephone to PSA or his case manager on a daily basis during that time, the same as he did when the monitoring was suspended for a week in December.

7. Counsel has spoken with Anthony Gales, Mr. Bryant's case manager with the Pretrial Services Agency (PSA). Mr. Gales confirms that Mr. Bryant's compliance has been exemplary. He has never tested positive for any controlled substance. He has complied with all the usual employment, reporting, and curfew conditions, and he complied completely when the monitoring was suspended for the week in December. Mr. Gales further advised counsel that his office is able to suspend the electronic monitoring and reporting conditions of the Heightened Supervision Program as long as it is ordered by the Court. Mr. Gales indicated that he is willing and able to verify this information if so requested. His telephone number is (202) 550-5517.

- 4 -

8. Mr. Bryant has provided counsel with a copy of the correspondence from the five schools addressing financial aid information and/or encouraging a campus visit; and will provide documentation to Mr. Gales as well.

9. Undersigned counsel left a detailed telephonic message for AUSA Elisa Poteat in the morning on March 14, 2007, outlining the nature of the request defendant was making in this motion.  As of the filing of this motion, counsel has not been able to contact her directly, and therefore, can not make any representations regarding the government's position in this matter.  Although counsel is not able to make representations about the PSA's position on this motion, counsel believes that the PSA will not object to Mr. Bryant's request in light of his exemplary compliance with his conditions to date.

10. Mr. Bryant respectfully requests that if the Court is not prepared to grant this request on the papers, that a hearing be scheduled to address this motion on or before March 23, 2007, so he and his family will know what, if any, plans they can make to visit these schools during Spring Break.

WHEREFORE, for all the reasons set forth above, the defendant respectfully requests that the Court suspend his electronic monitoring and reporting conditions between March 31st and April 9th, and permit him to travel with his daughter to Pennsylvania, Maryland, and Virginia for the purpose of visiting prospective colleges and universities.

                          Respectfully submitted,

                          /s/
                        Howard B. Katzoff (Bar No. 348292)
                        717 D Street, NW  Suite 310
                        Washington, D.C.  20004
                        (202) 783-6414
                        Counsel for Lawrence Bryant

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion has been served electronically upon Assistant United States Attorneys Elisa Poteat and Emory Cole, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530, and to all counsel of record, and mailed to Anthony Gales, Pretrial Services Agency - Heightened Supervision Program, 633 Indiana Avenue, N.W., Washington, D.C. 2004, this __14th__ day of March, 2007.

                                                    __/s/__
                                              Howard B. Katzoff