# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA      ) | |
| ) | |
| ) | |
| v.                            ) | **Crim. No. 06-227-06 (RBW)** |
| ) | **Status: March 22, 2007** |
| ) | |
| LAWRENCE  BRYANT              ) | |

## DEFENDANT BRYANT'S CONSENT MOTION TO CORRECT ORDER SUSPENDING ELECTRONIC  MONITORING AND REPORTING CONDITIONS AND PERMIT TRAVEL DURING "SPRING BREAK" AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

COMES NOW the defendant, through undersigned counsel, and respectfully moves this Court to approve the attached Order suspending the electronic monitoring, reporting, and travel restriction conditions between April 6th through April 16th, 2007, rather than March 31st and April 9th, 2007, and allowing him to travel to Pennsylvania, Maryland, and Virginia to tour colleges with his daughter during that time.  In support of this motion defendant states as follows:

1.  On or about March 14, 2007, undersigned counsel filed a motion mistakenly requesting that this Court suspend the defendant's electronic monitoring, reporting, and travel restriction conditions between March 31st and April 9th, 2007, which counsel mistakenly believed was the time when defendant's daughter had her Spring Break.[1]  The government consented to that request and the Court entered an Order granting defendant's motion.

---

[1]    Please note that Spring Break in counsel's school district is from March 31st through April 9th, 2007.  Counsel  mistakenly believed that Spring Break was the same for all Maryland public schools, and therefore requested relief for that time period.

- 2 -

2.  Counsel recently learned that the public schools in Charles County will be closed between April 6th and April 17th.  Thus defendant is respectfully requesting that the prior Order be vacated, and that a corrected Order be entered in the case, suspending the electronic monitoring, reporting, and travel restriction conditions from April 6th through April 16th, 2007, when defendant's daughter will be out of school for Spring Break.

3.  Undersigned counsel spoke with AUSA Emory Cole, who authorized counsel to represent that the government consents to defendant's request for a corrected Order in this matter.

WHEREFORE, for all the reasons set forth above, the defendant respectfully requests that the Court enter a corrected Order, suspending his electronic monitoring, reporting conditions, and travel restrictions from April 6th through April 16th, rather than March 31st through April 9th, in order to permit  him to travel with his daughter to Pennsylvania, Maryland, and Virginia for the purpose of visiting prospective colleges and universities during that time.

Respectfully submitted,

/s/
Howard B. Katzoff (Bar No. 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
Counsel for Lawrence Bryant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served electronically upon

Assistant United States Attorneys Elisa Poteat and Emory Cole,  Office of the United States

Attorney, 555 Fourth Street, N.W., Washington, D.C.  20530, and to all counsel of record, and

mailed to Anthony Gales, Pretrial Services Agency - Heightened Supervision Program, 633

Indiana Avenue, N.W., Washington, D.C. 2004, this ___21st___ day of March, 2007.


       ___/s/_____
       Howard B. Katzoff