UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 06-227-06 (RBW) |
| ) | |
| LAWRENCE BRYANT ) | |

### ORDER

_____The Court has considered the Defendant's Motion to enter a corrected Order suspending the electronic monitoring, reporting, and travel restriction conditions from April 6th through April 16th, 2007, and allowing him to travel to Pennsylvania, Maryland, and Virginia to visit colleges with his daughter, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this __22nd__ Day of __March__, 2007,

ORDERED that Defendant's Motion is hereby GRANTED, and it is

FURTHER ORDERED that Defendant's electronic monitoring, reporting, and travel restriction conditions shall be suspended between April 6th through April 16th, 2007, and that Defendant shall be allowed to travel to colleges in Pennsylvania, Maryland, and Virginia with his daughter during that time period. All other conditions will remain the same, and it is

FURTHER ORDERED that the March 15, 2007 Order is hereby vacated, and it is

FURTHER ORDERED that Defendant shall call his PSA case manager each day from the location where he will be staying to verify his location and whereabouts, and shall provide the address and telephone number of each location so he can be contacted if necessary.

SO ORDERED.

_____
REGGIE B. WALTON
United States District Judge

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Elisa Poteat, Esq.
Emory Cole, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20004

Mr. Anthony Gales
Pretrial Services Agency - Heightened Supervision Program
633 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 220-5565 (Facsimile)
(202) 220-5517 (Office)