# N·A·S·F·A·A
NATIONAL ASSOCIATION OF STUDENT FINANCIAL AID ADMINISTRATORS

Michael Jones
August 14, 2006

To Howard Katzoff, Esq.

I have retained the sercvices of Mr. Bryant to provide my company with cabling and wiring services. This type of event however must occur during the hours the office is closed. Our normal operating hours are Monday – Friday 8:00 am to 6:00 pm. We also have remote staff located as far away as California, who use the office resources as late as 9:00 pm EST.

In an effort to minimize staff downtime we must perform any network related updates or services off hours.

This project is scheduled to begin Monday June 4, 2007. If you should have any questions please don't hesitate to contact me directly. I can be reached on (301) 252-1435

Sincerely,

Michael A. Jones
Director of Computer Services
National Association of Student Financial Aid Administrators

"Opening Doors of Educational Opportunity"

1129 20th STREET NW SUITE 400 WASHINGTON, DC 20036-3153
PHONE: 202-785-0453   FAX: 202-785-1487   WWW.NASFAA.ORG



829 Upshur Street
Washington DC 20011.
202-726-7900

Howard Katzoff

Re: Island Cafe / Lawrence Bryant, Sr

This letter is to inform you that Lawrence Bryant Sr has a position awaiting him as an Assistant Manager. His work schedule will be Tuesday thru Saturday.

The hours he will be working are from 4:00 p.m. to 12:00 a.m. on the days listed above. Please feel free to contact me at any time.

I am holding this position until June 5, 2007 after that I have to offer this position to someone else. I truely hope that Mr. Bryant will be able to take this position. I am looking forward to working with him.

Darryl A. Smith
Manager
703-887-5433 (Cell)
202-726-7900 (Cafe)