## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 06-227-06 (RBW) |
| | ) |
| LAWRENCE BRYANT | ) |

### ORDER

_____The Court has considered the Defendant's Motion to Modify Conditions of Release To Enable Defendant to Accept Current Employment Assignments, the government's response, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this _____ Day of _____, 2007,

ORDERED that Defendant's Motion is hereby GRANTED, and it is

FURTHER ORDERED that Defendant's electronic monitoring conditions shall be suspended, and the Defendant shall abide by the alternative conditions set by the Court.

SO ORDERED.

_____
REGGIE B. WALTON
United States District Judge

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Elisa Poteat, Esq.
Emory Cole, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20004

- 2 -

Mr. Anthony Gales
Pretrial Services Agency - Heightened Supervision Program
633 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 220-5565 (Facsimile)
(202) 220-5517 (Office)