UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 06-227-06 (RBW) |
| | ) |
| LAWRENCE BRYANT | ) |

**DEFENDANT BRYANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE DEFENSE MOTIONS
AND POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the defendant, Lawrence Bryant, through undersigned counsel, and respectfully requests this Court to grant a brief enlargement of time within which to file defense motions. As grounds for this request defendant states as follows:

1. At the last status hearing the Court set a motions schedule in this case. Defense motions are due today, June 8, 2007.

2. Counsel had set aside June 6th, 7th, and 8th to prepare and filed the appropriate defense motions in this case. Notwithstanding counsel's good faith efforts to meet the current deadline, unexpected professional obligations required counsel to be in court two of the days, and away from the office the other day. As a result, counsel is unable to meet the current deadline, and is requesting this enlargement. Counsel has done much of the research and preparation, and expects to be able to file motions on or before June 15th.

3. Undersigned counsel contacted Elisa Poteat, government counsel in this case. Ms. Poteat authorized the defendant to represent that the government consents to this request for a brief enlargement of time to file his motions.

- 2 -

4. Government oppositions are not due until July 27, 2007. Therefore, this extension should not prejudice the government, and should not affect the remaining filing deadlines and scheduled court hearings in the case.

WHEREFORE, for the above stated reasons, Mr. Bryant respectfully requests a brief enlargement of time within which to file defense motions - to and including June 15, 2007.

                              Respectfully submitted,

                              /s/
                              Howard B. Katzoff
                              717 D Street, N.W., Suite 310
                              Washington, D.C. 20004
                              (202) 783-6414
                              CJA Counsel for Lawrence Bryant

**CERTIFICATE OF SERVICE**

I hereby certify that this   8th   day of   June   , 2007, a copy of the foregoing Consent Motion For Enlargement and Points and Authorities were electronically served upon government counsel and all defense counsel of record.

                              /s/
                              Howard B. Katzoff