UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | Crim. No. 06-227-06 (RBW) |
| ) | |
| ) | |
| LAWRENCE BRYANT ) | |
| ) | |

**ORDER**

The Court has considered defendant Bryant's Consent Motion For Enlargement of Time Within Which To File Defense Motions, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ day of _____, 2007.

ORDERED, that Lawrence Bryant's Consent Motion For Enlargement is **GRANTED**,

AND IT IS FURTHER ORDERED that the deadline for Ms. Leonard to file defense motions is now _____ June 15, _____, 2007.

SO ORDERED.

_____
REGGIE B. WALTON
United States District Judge

COPIES TO:
Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Elisa Poteat, Esq.
Emory Cole, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

All Defense Counsel of Record