UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-227-06 (RBW)** |
| | : | |
| V. | : | **Judge Reggie B. Walton** |
| | : | |
| **LAWRENCE BRYANT,** | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court on the defendant's motion to modify release conditions. Upon consideration of that motion, it is by the Court this _____ day of June 2007

ORDERED, that the defendant's motion is hereby DENIED.

_____
REGGIE B. WALTON,
UNITED STATES DISTRICT JUDGE

cc:

Emory V. Cole and S. Elisa Poteat
Assistant United States Attorneys
U.S. Attorney's Office
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., 4th floor
Washington, D.C. 20530

**Counsel for defendant Bryant:**

Howard Katsoff
717 D Street, N.W., Suite 310
Washington, D.C. 20004
Katsoffh@aol.com
PH: 202-783-6414