**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | ) **Crim. No. 06-227-06 (RBW)** |
| | ) |
| | ) |
| **LAWRENCE  BRYANT** | ) |
| | ) |

ORDER

The Court has considered Defendant Bryant's Motion To Compel Disclosure of Promises

of Immunity, Leniency, or Preferential Treatment and Disclosure of Exculpatory Information, the

Government's response thereto, and the entire record in this case, and it appears to the

satisfaction of the Court that such relief should be granted.

Accordingly, it is this _____day of_____, 2007, hereby

ORDERED that the defendant's motion be GRANTED and the government is directed to

provide all *Giglio* and *Brady* information on or before the _____ day of _____, 2007.


_____
REGGIE B.  WALTON
UNITED STATES DISTRICT JUDGE


Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W.  Suite 310
Washington, D.C. 20004

Elisa Poteat, Esq.
Office of the U.S. Attorney
555 4th Street, NW,   5th Floor
Washington, D.C. 20530

Emory Cole, Esq.
Office of the U.S. Attorney
555 4th Street, NW,   5th Floor
Washington, D.C. 20530

Joseph Beshouri, Esq.
419  Seventh Street, N.W
Suite 201
Washington, D.C.  20004

Carey Clennon, Esq.
P.O. Box 29302
Washington, D.C.  20017

Joanne Slaight, Esq.
717 Fifth Street, N.W.
Washington, D.C.  20001

Jensen Barber, Esq.
400 Seventh Street, N.W.
Suite 400
Washington, D.C.  20004

James W. Rudasill, Esq.
717 D Street, N.W., Suite 310
Washington, D.C.  20004

Rudy Acree, Esq.
1211 Connecticut Avenue, N.W.
Suite 303
Washington, D.C.  20036

Steven McCool, Esq.
Mallon & McCool
1776 K Street, N.W.
Suite 300
Washington, D.C.  20006