UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| v. | ) Crim. No. 06-227-06 (RBW) |
| | ) |
| | ) |
| **LAWRENCE BRYANT** | ) |
| | ) |

ORDER

The Court has considered defendant Bryant's Motion to Suppress Electronic Surveillance Evidence and Tangible Evidence, any opposition thereto, and the entire record in this case, and it appears to the Court that such relief should be granted.

Accordingly, it is, this _____ day of _____, 2007,

ORDERED, that defendant Bryant's Motion to Suppress Electronic Surveillance Evidence and Tangible Evidence shall be and hereby is, GRANTED.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

Howard B. Katzoff, Esq.
601 Indiana Ave., N.W.  Suite 500
Washington, D.C. 20004

Elisa Poteat, Esq.
Office of the U.S. Attorney
555 4th Street, NW,   5th Floor
Washington, D.C. 20530

Emory Cole, Esq.
Office of the U.S. Attorney
555 4th Street, NW,   5th Floor
Washington, D.C. 20530

Joseph Beshouri, Esq.
419  Seventh Street, N.W
Suite 201
Washington, D.C.  20004

Carey Clennon, Esq.
P.O. Box 29302
Washington, D.C.  20017

Joanne Slaight, Esq.
717 Fifth Street, N.W.
Washington, D.C.  20001

Jensen Barber, Esq.
400 Seventh Street, N.W.
Suite 400
Washington, D.C.  20004

James W. Rudasill, Esq.
717 D Street, N.W., Suite 310
Washington, D.C.  20004

Rudy Acree, Esq.
1211 Connecticut Avenue, N.W.
Suite 303
Washington, D.C.  20036

Steven McCool, Esq.
Mallon & McCool
1776 K Street, N.W.
Suite 300
Washington, D.C.  20006