## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| | **)** | |
| **v.** | **)** | **Crim. No. 06-227-06 (RBW)** |
| | **)** | |
| | **)** | |
| **LAWRENCE  BRYANT** | **)** | |
| ———————————————————— | **)** | |

<u>ORDER</u>

The Court has considered Defendant Bryant's Request For Notice of All Identifications of Defendant and Motion To Suppress Identifications, the Government's response, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this _____ day of _____, 2007, hereby

ORDERED that the Government provide notice of all identifications of Defendant by potential government witnesses; and it is

FURTHER ORDERED that the Court will make a pretrial ruling regarding the admissibility of any challenged identifications.

_____
REGGIE B.  WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W.  Suite 310
Washington, D.C. 20004

Elisa Poteat, Esq.
Office of the U.S. Attorney
555 4th Street, NW,   5th Floor
Washington, D.C. 20530

Emory Cole, Esq.
Office of the U.S. Attorney
555 4th Street, NW,   5th Floor
Washington, D.C. 20530

Joseph Beshouri, Esq.
419  Seventh Street, N.W
Suite 201
Washington, D.C.  20004

Carey Clennon, Esq.
P.O. Box 29302
Washington, D.C.  20017

Joanne Slaight, Esq.
717 Fifth Street, N.W.
Washington, D.C.  20001

Jensen Barber, Esq.
400 Seventh Street, N.W.
Suite 400
Washington, D.C.  20004

James W. Rudasill, Esq.
717 D Street, N.W., Suite 310
Washington, D.C.  20004

Rudy Acree, Esq.
1211 Connecticut Avenue, N.W.
Suite 303
Washington, D.C.  20036

Steven McCool, Esq.
Mallon & McCool
1776 K Street, N.W.
Suite 300
Washington, D.C.  20006