## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | CR. NO. 06 - 227 - 06 (RBW) ) |
| ) | |
| ) | |
| **DARNELL JACKSON, et al.** ) | |
| **(LAWRENCE BRYANT)** ) | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
### TO FILE SUPPLEMENTAL DEFENSE MOTIONS
### AND POINTS AND AUTHORITIES IN SUPPORT THEREOF

COMES NOW, Lawrence Bryant, through undersigned counsel, and respectfully requests that this Court grant the defendants an enlargement of time within which to file supplemental motions, to and including August 3, 2007. As grounds for this request defendant states as follows:

1. On or about March 10, 2007, the Court conducted the status hearing in this case, and set a motions schedule. Defense motions were due on or before June 8th. Following the government's motion for an enlargement, that deadline was extended to June 18th. In addition, the Court set a deadline of June 29, 2007, for the filing of additional or supplemental motions based on the continuing review of the government's evidence and discovery. However, the defendants will not able to review the physical evidence until July 9th. Thus the defendants now need additional time to file supplemental or additional motions.

2. Counsel has been authorized to represent that defendants Hilt, Hargrove, Downs, and Washington join in this motion. Counsel was unable to reach other counsel, but would note that the other defendants appear to be similarly situated regarding discovery. Thus defendants request an enlargement of time, through August 3, 2007, for filing supplemental defense motions.

- 2 -

3. Defendants submit that the enlargement of time is necessary in light of the current discovery schedule, and that it will not affect the motions or trial schedule in the case.

WHEREFORE, for the above stated reasons, defendants respectfully request that the Court grant an enlargement of time within which to file supplemental defense motions, to and including August 3, 2007.

Respectfully submitted,

/s/
Howard B. Katzoff
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 783-6414
CJA Counsel for Lawrence Bryant


**CERTIFICATE OF SERVICE**

I hereby certify that this  29th  day of  June , 2007, a copy of the foregoing Motion For Enlargement of Time To File Supplemental Defense Motions and Points and Authorities in Support Thereof was electronically served upon government counsel and all defense counsel of record.

/s/
Howard B. Katzoff