## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v.   ) | CR. NO. 06 - 227 - 06 (RBW) ) |
| ) | |
| ) | |
| **DARNELL JACKSON, et al.**   ) | |
|   **(LAWRENCE BRYANT)**   ) | |

### ORDER

The Court has considered Defendants' Motion For Enlargement of Time Within Which To File Supplemental Defense Motions, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ day of _____, 2007.

ORDERED, that the Defendants' Motion For Enlargement is **GRANTED**,

AND IT IS FURTHER ORDERED that the defendants are granted leave to file supplemental defense motions on or before August 3, 2007.

SO ORDERED.

_____
REGGIE B. WALTON
United States District Judge

COPIES TO:

Howard B. Katzoff, Esq.
717 D Street, N.W. , Suite 310
Washington, D.C. 20004

Elisa Poteat, Esq.
Office of the U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

- 2 -

Emory Cole, Esq.
Office of the U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Joseph Beshouri, Esq.
419 Seventh Street, N.W
Suite 201
Washington, D.C. 20004

Carey Clennon, Esq.
P.O. Box 29302
Washington, D.C. 20017

Joanne Slaight, Esq.
717 Fifth Street, N.W.
Washington, D.C. 20001

Jensen Barber, Esq.
400 Seventh Street, N.W.
Suite 400
Washington, D.C. 20004

James W. Rudasill, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Rudy Acree, Esq.
1211 Connecticut Avenue, N.W.
Suite 303
Washington, D.C. 20036

Steven McCool, Esq.
Mallon & McCool
1776 K Street, N.W.
Suite 300
Washington, D.C. 20006