UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | ) Crim. No. 06-227-06 (RBW) |
| | ) |
| **LAWRENCE BRYANT** | ) |
| | ) |

**ORDER**

The Court has considered Defendant Bryant's Motion to Suppress Physical Evidence and Memorandum of Points and Authorities in Support thereof, the government's opposition thereto, the applicable case law, and the entire record in this case, and it appears to the satisfaction of this Court that such relief should be GRANTED.

ACCORDINGLY, it is this _____ Day of _____, 2007,

ORDERED that Defendant's Motion To Suppress Tangible Evidence is Granted, and that the government shall be precluded from introducing all evidence seized from 1918 Black Oak Court, Waldorf, Maryland on or about August 1, 2007, and any "fruits" of that illegal search.

SO ORDERED.

_____
REGGIE B. WALTON
United States District Court Judge

Copies to:
Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Elisa Poteat, Esq.
Office of the United States Attorney
555 Fourth St., N.W., 5th Floor
Washington, D.C. 20001

- 2 -

Emory Cole, Esq.
Office of the United States Attorney
555 Fourth St., N.W., 5th Floor
Washington, D.C. 20001

All defense Counsel of record