**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) Crim. No. 06-227-06 (RBW) |
| | ) |
| LAWRENCE BRYANT | ) |

**DEFENDANT'S PROPOSED SUPPLEMENTAL VOIR DIRE**

Defendant, Lawrence Bryant, through undersigned counsel, respectfully submits the following proposed voir dire questions to supplement the proposed voir dire submitted by co-defendant John Downs, as well as proposed modifications to a couple of the questions:

**SUPPLEMENTAL QUESTIONS:**

1. [Supplement to #5]   Do any of you believe that a defendant is more likely to be guilty if he or she does not testify or call witnesses in the case?

2. [Supplement to #7]   Mr. Bryant was born and raised in the D.C. area and now lives in Waldorf, Maryland with his wife and family. He has worked for Henkels and McCoy, a company specializing in cable installation and IT work, for nearly ten years, and recently started his own cable installation and IT company called L & T Communications.

3.   Does any member of the panel know any other member of the panel, or any other person in the courtroom? [If so, defendant requests follow-up regarding how the juror knows that person; and whether that might affect the ability to fairly sit or deliberate as a juror in this case.]

- 2 -

4. Have you ever served on any other jury in the District of Columbia or elsewhere? (If so, please ask what court it was in; whether it was for a criminal case; what was the outcome).

5. This question is for everyone who indicated that they have served on a prior jury: Did any of you have conversations or communications with the attorneys, judges, U.S. Marshals, court reporters, or other court personnel after the case? If so, what was the nature of the communication, and is there anything about those communications that might influence your consideration of evidence and/or testimony in this case?

6. Have you formed any general opinions about defense attorneys? Do you think that those opinions might influence the way you view the evidence in this case?

7. Have you formed any general opinions about prosecutors? Do you think that those opinions might influence the way you view the evidence in this case?

8. Have you formed any general opinions about individuals accused of a crime? Do you think that those opinions might influence the way you view the evidence in this case?

9. Have you ever served on a grand jury in the District of Columbia or elsewhere? (If so, the differences in the standards of proof for a grand jury and petit jury should be explained; and the jurors should be asked if that experience would influence the way they would view the evidence in this case .)

- 3 -

10. There may be testimony referring to the possession and/or purchase of one or more firearms. Does anyone have strong feelings about firearms which you believe might affect your ability to be fair and impartial to the defendants on trial in this case.

**PROPOSED MODIFICATIONS:**

PARAGRAPH 15: The correct charge is conspiracy to distribute and possess with intent to distribute PCP.

PARAGRAPH 17: The estimated length of the trial may need to be adjusted depending on the government's current estimate regarding the length of the trial.

Respectfully submitted,

/s/

Howard B. Katzoff, (Bar # 348292)
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(2020 783-6414
Counsel for Lawrence Bryant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was served electronically on government counsel and all defense counsel of record, this   24th   day of   August  , 2007.

/s/
Howard B. Katzoff