UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-227-02(RBW) |
| | : | |
| v. | : | |
| | : | |
| LAWRENCE BRYANT, | : | |

**GOVERNMENT'S NOTICE OF PRIOR CONVICTIONS AND SENTENCING ENHANCEMENTS AND CORRECTION TO INTRINSIC CRIMES NOTICE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the defendant of its intent to use his prior felony conviction in order to seek an enhancement in his sentence pursuant to Title 21 United States Code, Sections 841(b) and 851, Title 18 United States Code, Section 3553, and under the Federal Sentencing Guidelines. Further the government will also serve the defendant personally in open court at the next status hearing. As grounds for this notice, the government states as follows:

1. On May 31, 1990, the defendant pleaded guilty to Attempted Distribution of Heroin, a felony, in the Superior Court for the District of Columbia, before the Honorable Judge Herbert Dixon, in Case number F-13558-89C. Thereafter, the defendant served a sentence of six years' incarceration. His parole ended on March 27, 1996. Having obtained certified copies of this prior conviction, the government will serve the defendant at the time of the next hearing.

2. In its motion to admit intrinsic, extrinsic, and other crimes evidence, the government the government gave some indication that its evidence would be that Defendant Bryant returned to drug sales after being away from it for many years. In point of clarification, the government's evidence will be that Defendant Bryant first received cocaine from Darnell

1

Jackson, then he began selling PCP at a later time.  This information was communicated to the attorney for Defendant Bryant, Howard Katzoff by telephone in August 2007.

Respectfully submitted,

JEFFREY TAYLOR
United States Attorney
Bar No. 498-610

_____
S. Elisa Poteat
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20001
Bar. No. 420-604


CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendants below on September 14, 2007.

_____/s/_____
S. Elisa Poteat
Assistant United States Attorney

Defense Counsel:
1) Mr. Howard Bernard Katzoff, Esq.
   Counsel for Defendant Lawrence Bryant
   katzoffh@aol.com

2) Mr. James W. Rudasill, Jr., Esq.
   Counsel for Defendant John Downs
   rudasilljr7@aol.com

3) Mr. Nathan Silver, Esq.
   Counsel for Defendant Darnell Jackson
   nisquire@aol.com

4) Mr. Rudy Acree, Esq.
   Counsel for Defendant Bernie Hargrove
   Faxed to 202-331-7004

5)        Mr. Jensen Barber, Esq.
             Counsel for Defendant Keith Roots
             jebarber@aol.com

6)        Mr. Gary Sidell, Esq.
             Counsel for Defendant Lanika Mercedes Franklin
             suitcase@verizon.com

7)        Mr. Harry Tun
             Counsel for Defendant Troy Chavious
             Tunharry@aol.com

8)        Mr. Steven J. McCool
             Attorney for Defendant Damon Dixon
             smccool@mallonandmccool.com

9)        Mr. Cary Clennon
             Attorney for Defendant Troy Hopkins
             Clennon_law@comcast.net