**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | )   **Crim. No. 06-227-06 (RBW)** |
| | ) |
| | ) |
| **LAWRENCE  BRYANT** | ) |
| _____ | ) |

<u>ORDER</u>

The Court has considered Defendant Bryant's Motion For a Pretrial Ruling Regarding

Admissibility of Items Seized From Defendant's House, the Government's response thereto, and

the entire record in this case, and it appears to the satisfaction of the Court that such relief should

be GRANTED.

Accordingly, it is this _____day of_____, 2007, hereby

ORDERED that the government shall be precluded from introducing as evidence in its

case the shotguns, F.E.D.S. and Don Diva magazines, and prison letters recovered in the

defendant's house.

_____
REGGIE B.  WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W.  Suite 310
Washington, D.C. 20004

Elisa Poteat, Esq.
Office of the U.S. Attorney
555 4th Street, NW,   5th Floor
Washington, D.C. 20530

- 2 -

Emory Cole, Esq.
Office of the U.S. Attorney
555 4th Street, NW,   5th Floor
Washington, D.C. 20530

Carey Clennon, Esq.
P.O. Box 29302
Washington, D.C.  20017

James W. Rudasill, Esq.
717 D Street, N.W., Suite 310
Washington, D.C.  20004

Rudy Acree, Esq.
1211 Connecticut Avenue, N.W.
Suite 303
Washington, D.C.  20036