**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | )   **Crim. No. 06-227-06 (RBW)** |
| | ) |
| | ) |
| **LAWRENCE  BRYANT** | ) |
| | ) |

**LAWRENCE  BRYANT'S  REQUESTED  JURY  INSTRUCTION**
**ON  DEFENDANT'S  THEORY  OF  DEFENSE**

     It is the defense of Lawrence Bryant that at no time did he become a member of the conspiracy charged in the indictment.  Specifically, Mr. Bryant denies that he ever knowingly, and willfully joined and participated in the conspiracy, and he denies that he shared any common goals with the alleged indicted and unindicted co-conspirators.  In order to convict Mr. Bryant, you must conclude beyond a reasonable doubt that he was aware of the existence of the conspiracy charged in the indictment, that he knowingly and willfully joined and participated in the conspiracy with the intent to make it succeed; and that he shared a common goal with the alleged co-conspirators.  Otherwise, you must find him not guilty.

     See, Red Book Instruction 5.01; Belton v. United States, 382 F.2d 150, 155 (D.C. Cir. 1967), quoting from Stevenson v. United States, 162 U.S. 313, 315, 323 (1896); See also, United States v. Tarantino, 846 F.2d 1384, 1393, 1395, 1400-01 (D.C. Cir. 1988); United States v. Antone White, 116 F.3d 903, 926-27 (D.C. Cir. 1997); United States v. Humberto Gaviria, 116 F.3d 1498, 1516 (D.C. Cir. 1997).

Respectfully submitted,

/s/

Howard B. Katzoff
Bar No. 348292
717 D Street, N.W., Suite 310
Washington, D.C.  20004
(202) 783-6414
Counsel for Lawrence Bryant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing proposed jury instruction was served electronically, and will be served by hand in Court, upon Elisa Poteat, Esq., and Emory Cole, Esquire, Assistant United States Attorneys for the District of Columbia, and to all defense counsel of record, this   6th    day of November, 2007.

/s/
Howard B. Katzoff