FILED
NOV 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                              Criminal Action No.  06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE

**JURY NOTES**

We would like to listen to the following wiretap calls:
.2770, .2851, 2865, 2914, .3178, .3195, 3211, 3272, 3276, .3351, .3987, .6062

And we'd like to view SV-10.

_____
Foreperson

11/13/07
Date

9:35 am
Time

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                    Criminal Action No.   06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE

**JURY NOTES**

We would like to see the indictment referenced in the judge's instructions.

_____
Foreperson

11/13/2007
Date

3:00 pm
Time

```
          UNITED STATES DISTRICT COURT            FILED
          FOR THE DISTRICT OF COLUMBIA
                                                 NOV 1 3 2007
UNITED STATES OF AMERICA
                                            NANCY MAYER WHITTINGTON, CLERK
                                                 U.S. DISTRICT COURT

      vs.              Criminal Action No.  06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE
```

## JURY NOTES

We would like to see the 302s from the various meetings between John Downs, the FBI, and the prosecutors, including the statement made by John Downs the day of his arrest.

And, we'd like the statement (302) Bernie Hargrove made the day of his arrest.

_____
Foreperson

11/13/07
Date

3:30 pm
Time

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                    Criminal Action No. 06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE

**JURY NOTES**

| |
|---|
| Tomorrow morning we would like to listen to the following calls: |
| 2434, 2495, 2557, 2591, 4616, 4888, |
| 5293, 5963, 6229 |

_____
Foreperson

11/13/2007
Date

3:55 pm
Time