UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                              Criminal Action No. 06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE

**FILED**
NOV 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**JURY NOTES**

| |
|---|
| We would like to listen to the following calls: |
| 2770, 2851, 2865, 2914, 3178, |
| 3195, 3272, 3276, 3351, 3987, |
| 6062 |

_____
Foreperson

11/16/07
Date

9:55 am
Time

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    vs.                  Criminal Action No.  06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE

**FILED**

NOV 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JURY NOTES

We would like to watch & listen to the video(s) made on 3/10/06 inside the van as Fats & Pops traveled from Dulles to Bernie Hargrove's apartment.

We would like to watch SV-20.

We would like to listen to calls 3023 and 3869.

_____
Foreperson

11/16/07
Date

10:16 am
Time