**\*\*\*QUESTION FOR JURY\*\*\***

FILED

NOV 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If there is a reasonable possibility that you can reach unanimous verdicts on any of the remaining charges, then you have have a duty to continue your deliberations. So, my question to you is: Do you believe that with additional time to deliberate there is a reasonable possibility that the jury will be able to reach a unanimous verdict on the conspiracy charge against Lawrence Bryant or on the remaining two charges against Bernie Hargrove?

Foreperson

_____  11/28/07
Reggie B. Walton,
United States District Judge