UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   :
:
v.   :   Criminal No.: 06-227-06 (RBW)
:
LAWRENCE BRYANT   :

## VERDICT FORM

As to the charge of conspiracy to distribute and possess with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of phencyclidine (PCP), we the jury find the defendant:

*Hung Jury Mistrial Declared*

Not Guilty _____ Guilty _____

_____
Foreperson

_____
Date

If you agree with the verdict as indicated by your foreperson, please sign your name below:

_____   _____
_____   _____
_____   _____
_____   _____
_____   _____