UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NOS. 06-227 - 06 |
| | : | 06-227 - 12 |
| | : | |
| | : | Judge Reggie B. Walton |
| v. | : | |
| | : | |
| LAWRENCE BRYANT, | : | |
| BERNIE HARGROVE, | : | |
| Defendants. | : | |

### D I S M I S S A L

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned cases.

                JEFFREY A. TAYLOR
                UNITED STATES ATTORNEY
                Bar No. 498610

BY:            /s/
                Emory V. Cole
                Assistant United States Attorney
                Organized Crime and Narcotics Trafficking Section
                555 4th Street, N.W., Room 4838
                Washington, D.C. 20530
                Emory.Cole@USDOJ.gov
                (202) 616-3388