**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


UNITED STATES OF AMERICA        :
                                :
            v.                  :        Criminal No. 06-227-021 (RBW)
                                :
TROY ANTOINE HOPKINS            :


**<u>O R D E R</u>**


This matter having come before the Court on Defendant Hopkins's Motion To Continue Sentencing Hearing, and having considered the positions of the respective parties, and it appearing that the Defendant has demonstrated good cause for his request for relief, it is, this _____ day of March, 2008,

**ORDERED**, that the Defendant's Motion be and is hereby **GRANTED**.

The sentencing hearing this matter will be heard on


_____, 2008.


_____
            Reggie B. Walton
      United States District Judge